1 | William J. Maledon, 003670
2 | Dawn L. Dauphine, 010833
  | OSBORN MALEDON, P.A.
3 | 2929 North Central Avenue, Suite 2100
  | Phoenix, Arizona 85012-2793
4 | (602) 640-9000
  | wmaledon@omlaw.com
5 | ddauphine@omlaw.com

6 | J. Michael Hennigan, 002633
  | Kirk D. Dillman (*pro hac vice*)
7 | Robert W. Mockler (*pro hac vice*)
  | Matthew P. Gelfand (*pro hac vice*)
8 | McKOOL SMITH, P.C.
  | 300 South Grand Avenue, Suite 2900
9 | Los Angeles, CA 90071
  | (213) 694-1200
10 | hennigan@mckoolsmithhennigan.com
   | kdillman@mckoolsmithhennigan.com
11 | rmockler@mckoolsmithhennigan.com
   | mgelfand@mckoolsmithhennigan.com

**Attorneys for TPG (Grigio) Note Acquisition, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Gray Services L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TPG (Grigio) Note Acquisition, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. CV-15-01602-PHX-NVW<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Notice is hereby given that Defendant TPG (Grigio) Note Acquisition, LLC served a copy of the following document upon counsel of record in this matter on November 14, 2016, via e-mail and mail:

Subpoena to Testify at a Deposition in a Civil Action to Michael L. Clow

DATED this 14th day of November, 2016.

                        OSBORN MALEDON, P.A.

                        s/ Dawn L. Dauphine
                        William J. Maledon
                        Dawn L. Dauphine
                        2929 North Central Avenue, Suite 2100
                        Phoenix, AZ 85012-2793

                        J. Michael Hennigan
                        Kirk D. Dillman
                        Robert W. Mockler
                        Matthew P. Gelfand
                        McKOOL SMITH, P.C.
                        300 South Grand Avenue, Suite 2900
                        Los Angeles, CA 90071

                        **Attorneys for TPG (Grigio) Note Acquisition, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on November 14, 2016, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Jessica A. Lopez
6889743