**COHEN DOWD QUIGLEY**
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona  85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Gabriel R. Aragon (024649)
Email: garagon@CDQLaw.com
Stacey F. Gottlieb (015084)
Email: sgottlieb@CDQLaw.com
J. Neil Stuart (028569)
Email: nstuart@CDQLaw.com
   Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Gray Services L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TPG (GRIGIO) Note Acquisition L.L.C., a Delaware limited liability company,<br><br>Defendant. | Case No. CV-15-01602-PHX-NVW<br><br>**NOTICE OF SERVICE OF PLAINTIFF GRAY SERVICES L.L.C.'S SUBMISSION OF EXPERT REPORTS PURSUANT TO FED. R. CIV. P. 26(a)(2)** |

Pursuant to the Court's scheduling Order dated October 11, 2016 (Doc. 56) and Fed. R. Civ. P. 26(a)(2), Plaintiff Gray Services L.L.C. ("Gray Services") provides this Notice that, on November 10, 2016, it disclosed to Defendant TPG (Grigio) Note Acquisition L.L.C. ("TPG") the expert reports of Blake Inglish and Gary Cadenhead, Ph.D. in this matter.

Mr. Inglish has been retained to quantify the amount of TPG's profits generated as a result of its alleged infringement of Gray Services' marks.  As set forth in his November 10, 2016 opening report, and consistent with the damages framework embraced by the Lanham Act, Gray Services has disclosed Mr. Inglish's opinions regarding the amount of TPG's sales during the period of alleged infringement.  See 15 U.S.C. § 1117(a) ("In assessing profits the

1  plaintiff shall be required to prove defendant's sales only; defendant must prove all elements
2  of cost or deduction claimed."). Mr. Inglish is prepared to offer rebuttal testimony, if
3  necessary, upon receipt of any responsive TPG expert opinions.

4       Dr. Cadenhead has been retained to offer expert opinion testimony regarding the
5  importance of branding in the high-end apartment market and the benefits TPG gained as a
6  result of its allegedly wrongful use of the brand/marks relevant to this action. Dr.
7  Cadenhead has also been retained to consider any responsive opinions of TPG and/or its
8  experts bearing on the apportionment of the sales or profits attributable to TPG's alleged
9  infringement and offer rebuttal testimony, as necessary.

10       DATED: November 14, 2016.

COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
    Attorneys for Plaintiff

By:   /s/ *Gabriel R. Aragon*
      Daniel G. Dowd
      Gabriel R. Aragon
      Stacey F. Gottlieb
      J. Neil Stuart

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2016, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF registrants:

>William J. Maledon
>Dawn Dauphine
>**OSBORN MALEDON, P.A.**
>The Phoenix Plaza
>2929 North Central Avenue
>Twenty-First Floor
>Phoenix, Arizona  85012-2793
>   Attorneys for Defendant

>J. Michael Hennigan
>Kirk D. Dillman
>Robert W. Mockler
>Matthew P. Gelfand
>**MCKOOL SMITH, P.C.**
>865 South Figueroa Street, Suite 2900
>Los Angeles, California  90017
>   Attorneys for Defendant

By  _/s/ Marci Kramer_



COHEN DOWD QUIGLEY