COHEN DOWD QUIGLEY
The Camelback Esplanade One
2425 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone 602•252•8400

Daniel G. Dowd (012115)
Email: ddowd@CDQLaw.com
Gabriel R. Aragon (024649)
Email: garagon@CDQLaw.com
Stacey F. Gottlieb (015084)
Email: sgottlieb@CDQLaw.com
J. Neil Stuart (028569)
Email: nstuart@CDQLaw.com
   Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Gray Services L.L.C., an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TPG (GRIGIO) Note Acquisition L.L.C., a Delaware limited liability company,<br><br>Defendant. | Case No. CV-15-01602-PHX-NVW<br><br>**NOTICE OF SERVICE OF PLAINTIFF GRAY SERVICES L.L.C.'S REBUTTAL EXPERT REPORTS PURSUANT TO FED. R. CIV. P. 26(a)(2)** |

Pursuant to the Court's Scheduling Order in this matter (Doc. 56) and Fed. R. Civ. P. 26(a)(2), plaintiff Gray Services L.L.C. ("Gray Services") provides this Notice that, on January 25, 2017, it disclosed to defendant TPG (Grigio) Note Acquisition L.L.C. ("TPG") the rebuttal expert reports of Blake Inglish and Gary Cadenhead, Ph.D. in this matter.

RESPECTFULLY SUBMITTED: January 26, 2017.

> COHEN DOWD QUIGLEY
> The Camelback Esplanade One
> 2425 East Camelback Road, Suite 1100
> Phoenix, Arizona 85016
>     Attorneys for Plaintiff
>
> By:   /s/ *Gabriel R. Aragon*
>       Daniel G. Dowd
>       Gabriel R. Aragon
>       Stacey F. Gottlieb
>       J. Neil Stuart

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2017, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal to the following CM/ECF registrants:

William J. Maledon
Dawn Dauphine
**OSBORN MALEDON, P.A.**
The Phoenix Plaza
2929 North Central Avenue
Twenty-First Floor
Phoenix, Arizona 85012-2793
  Attorneys for Defendant

J. Michael Hennigan
Kirk D. Dillman
Robert W. Mockler
Matthew P. Gelfand
**MCKOOL SMITH, P.C.**
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
  Attorneys for Defendant

By * /s/ Marci Kramer*